UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60569-CIV-MORENO

RIX 1040, LLC, d/b/a Rix Video Emporium,

    Plaintiff,

vs.

CITY OF HALLANDALE BEACH,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Motion to Dismiss Without Prejudice Subject to New Separate Lawsuit Case No. 11-60112-CIV **(D.E. 25)**, filed **January 17, 2011**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant has neither answered the complaint nor moved for summary judgment, it is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice subject to the new-separate lawsuit, Case No. 11-60112-CIV-MORENO, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(i). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January, 2011.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record